| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
AAA Nursing Services Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
FDBA  Accredited Nursing Registry Inc.

**3. Debtor's federal Employer Identification Number** (EIN)  
94-3434972

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **22148 Sherman Way, Ste. 203**<br>**Canoga Park, CA 91303**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **AAA Nursing Services Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor     **AAA Nursing Services Inc.**_____    Case number (*if known*)_____
           Name

11. **Why is the case filed in *this district*?**    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.    Insurance agency _____
              Contact name _____
              Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    .    *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ■ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ■ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ■ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

| Debtor | AAA Nursing Services Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 12, 2017**
MM / DD / YYYY

X **/s/ Omnia Kilani**                              **Omnia Kilani**
Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Michael Jay Berger**                        Date **September 12, 2017**
Signature of attorney for debtor                     MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 271-6223**       Email address  **michael.berger@bankruptcypower.com**

**100291**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | AAA Nursing Services Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atlas General Insurance Services 4365 Executive Dr. Ste. 400 San Diego, CA 92121 | | Judgment | | | | $39,531.00 |
| David Felender Labor Commissioner Office 6150 Van Nuys Blvd., RM 206 Van Nuys, CA 91401 | | Unpaid wages | Disputed | | | $73,000.00 |
| Dedicated Commerical Recovery 1970 Oakcrest Ave Ste. 217 Saint Paul, MN 55113 | | Loan | Disputed | | | $18,191.00 |
| Employment Development Dept. Bankruptcy Group MIC 92E Sacramento, CA 94280 | | Unemployment | | | | $22,392.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | | | $180,712.00 | $0.00 | $180,712.00 |
| Office of Finance -City of LA 200 N. Sprint St., RM 1225 Los Angeles, CA 90012 | | | Disputed | | | $3,300.00 |

Debtor **AAA Nursing Services Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Santa Rivera Labor Commissioner Office**<br>**6150 Van Nuys Blvd., RM 206**<br>**Van Nuys, CA 91401** | | **Unpaid wages** | | | | $8,199.00 |

AAA Nursing Services Inc.
22148 Sherman Way, Ste. 203
Canoga Park, CA 91303


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Atlas General Insurance Services
4365 Executive Dr. Ste. 400
San Diego, CA 92121


Atlas General Insurance Services
c/o Hatkoff & Minassian, Law Corp.
18757 Burbank Blvd., Ste. 100
Tarzana, CA 91356


Attorney General
U.S. Dept. of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


David Felender
Labor Commissioner Office
6150 Van Nuys Blvd., RM 206
Van Nuys, CA 91401


Dedicated Commerical Recovery
1970 Oakcrest Ave Ste. 217
Saint Paul, MN 55113


Employment Development Dept.
Bankruptcy Group MIC 92E
Sacramento, CA 94280

```
Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Attn: Kate White, Revenue Officer
225 W Broadway 2nd Floor
Glendale, CA 91204


Office of Finance -City of LA
200 N. Sprint St., RM 1225
Los Angeles, CA 90012


Santa Rivera
Labor Commissioner Office
6150 Van Nuys Blvd., RM 206
Van Nuys, CA 91401


U.S. Securities & Exchange Commissi
Attn: Bankruptcy Counsel
444 South Flower St., Ste. 900
Los Angeles, CA 90071-9591


United States Attorney
Civil Process Clerk
Federal Building, Rm 7516
300 North Los Angeles Street
Los Angeles, CA 90012
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291**<br>**michael.berger@bankruptcypower.com** | |
| ■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**AAA Nursing Services Inc.**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Michael Jay Berger**_____ , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                                    F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1. I have personal knowledge of the matters set forth in this Statement because:
   ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ■ I am the attorney for the Debtor corporation
2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*
  b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| **September 12, 2017** | By: | **/s/ Michael Jay Berger** |
| Date | | Signature of Debtor, or attorney for Debtor |
| | Name: | **Michael Jay Berger** |
| | | Printed name of Debtor, or attorney for Debtor |

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**